IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| AMY WELCH, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:09-CV-150 (HL) |
| LINCARE, INC., | : | |
| Defendant. | : | |

## ORDER

A hearing by telephone was held on Plaintiff's Motion to Compel (Doc. 17) on December 7, 2010. For the reasons stated by the Court during the hearing, the Motion to Compel is denied. Discovery is closed in this case, and all dispositive motions shall be filed not later than January 14, 2011.

**SO ORDERED**, this the 7th day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh